In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Respondent, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Appellants.

Argued December 2, 1948; decided February 24, 1949.

*Sherman C. Ward, George H. Kenny, Joseph J. Doran* and *Samuel R. Madison* for appellants.

*Edmund B. Naylon, T. Carl Nixon, Earl L. Dey* and *George Foster, Jr.,* for petitioner-respondent.

*Allen E. Throop* and *James B. Liberman* for intervener, respondent.

Order affirmed and order absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.